# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GARY J. MITCHELL,** | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| | )   **Civil Action File** |
| V. | )   **No. 1:24-CV-03505-SCJ-CCB** |
| | ) |
| **MARINE FEDERAL CREDIT** | ) |
| **UNION, DBA MARINE** | ) |
| **FEDERAL HOLDING** | ) |
| **COMPANY, LLC.** | ) |
| | ) |
|   Defendant. | ) |

## NOTICE OF APPEARANCE OF JILL DUNN

COMES NOW, Jill R. Dunn, of the law firm of Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339, and enters her appearance as counsel of record for Defendant in the above-captioned civil action.

Respectfully submitted, this 21st day of October, 2024.

**FREEMAN MATHIS GARY, LLP**

*/s/ Jill R. Dunn*
Jill R. Dunn
Georgia Bar No. 602155
Jdunn@fmglaw.com
*Counsel for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
Telephone:  (678) 996-9089
Facsimile:  (833) 330-3669

## **CERTIFICATE OF SERVICE**

This certifies that on this date, I electronically filed the foregoing **NOTICE OF APPEARANCE** upon all parties to this action electronically via Pacer E-file to the counsel of record as follows:

Gary Mitchell
1647 Water Springs Way
Dacula GA 30019
Gmitch1647@gmail.com

This 21st day of October, 2024.

**FREEMAN MATHIS GARY, LLP**

*/s/ Jill R. Dunn*
Jill R. Dunn
Georgia Bar No. 602155
Jdunn@fmglaw.com
*Counsel for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
Telephone:  (678) 996-9089
Facsimile:  (833) 330-3669

-2-